UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

IN RE GLG LIFE TECH CORPORATION
SECURITIES LITIGATION

This document relates to: ALL ACTIONS

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 5 2013

11 Civ. 9150 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On December 14, 2011, Plaintiff Joseph Lardy, individually and on behalf of all others similarly situated, filed this action against Defendants GLG Life Tech Corporation ("GLG"), Luke Zhang ("Zhang"), and Brian Meadows ("Meadows"), alleging violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934.

On February 15, 2012, the Honorable Barbara S. Jones referred the action to the assigned magistrate judge for all general pretrial matters, and on March 21, 2012, the Honorable Gabriel W. Gorenstein consolidated Civil Action Nos. 11 Civ. 9150 and 12 Civ. 672 ("the Consolidated Action"), appointed the Lardy Investor Group as Lead Plaintiff in the Consolidated Action, and approved of Lardy Investor Group's counsel as Lead Counsel. On May 10, 2012, Plaintiffs Joseph Lardy, Dwight Wolfe, and Steve Postich filed a Consolidated Securities Class Action Complaint.

On June 25, 2012, Defendants GLG and Brian Meadows filed a Motion to Dismiss.[1] On October 17, 2012, the matter was reassigned from Judge Jones to the

---

[1] Defendant Zhang had not yet been served. On August 9, 2012, Plaintiffs requested leave to serve process on Defendant Zhang by alternative means, which the Court granted on November 9, 2012. On November 26, 2012, Defendant Zhang filed a Motion to Join in Defendants GLG and Meadows' Motion to Dismiss. This

undersigned. On February 28, 2013, the undersigned directed Plaintiffs to inform the Court and the parties by March 7, 2013 whether it sought an opportunity to amend its Consolidated Securities Class Action Complaint. On March 5, 2013, Plaintiffs filed a letter stating their intention to amend their Consolidated Securities Class Action Complaint. On March 15, 2013, Plaintiffs filed an Amended Consolidated Securities Class Action Complaint ("the Amended Complaint").

On March 29, 2013, Defendants filed a Motion to Dismiss the Amended Complaint. The following day, on March 30, 2013, Defendants filed a Notice of a Request for Judicial Notice. Plaintiffs opposed both the Motion and the Request for Judicial Notice. The issues became fully briefed on May 3, 2013.

The Court hereby ORDERS the parties to appear for an Oral Argument on these pending matters on **November 1, 2013** at **3:00 P.M.**

SO ORDERED.

Dated: New York, New York
September 25, 2013

_____
KATHERINE B. FORREST
United States District Judge

---

Motion became moot when Plaintiff elected to amend its Complaint. (See ECF No. 72.)